EXHIBIT A

EXHIBIT A

| | Policy Number | Page 1 |
|---|---|---|
| PHILADELPHIA PRISONS<br>POLICIES & PROCEDURES | 1.C.11.2 | of 10 |

| Part: I - Administration and Management<br>Section: C - Personnel | **Related Pennsylvania Minimum Standards:**<br>Title 37 Pa Code 95.221<br>**ACA Related Standards:** 2-CO-1C-04, 4-ALDF-7B-05, 4-ALDF-7C-02-03, 4-ALDF-7E-01 |
|---|---|
| **Subject:** General Orders | **Supersedes:** Policy 1.C.11.2 signed on March 14, 2013 |
| **Approved:** _[signature]_ Commissioner | **Signature Date:** March 23, 2015 |
| **Effective Date:** April 23, 2015 | **Scheduled PAD Review:** Annually<br>**Scheduled Commissioner's Review:** March 23, 2019 |

## Purpose
The purpose of the policy is to update and formalize the General Orders for the Philadelphia Prison System (PPS).

## Policy
It is the policy of the PPS to hold employees accountable for all regulations and rules, including Policies and Procedures, which relate to or have a bearing upon his/her duties, responsibilities, and employment in the PPS.

## Definitions
*General Orders:* Standing orders that are in effect at all times for all PPS employees regardless of position, post, or assignment.

## Procedural Overview
All employees will conduct themselves in a professionally responsible manner. Employees who violate the General Orders will be subject to disciplinary action. The disciplinary action may range from a verbal reprimand to dismissal from City service, and may, if the circumstances warrant, include referral to appropriate law enforcement authorities for prosecution.

## General Orders (GO)
The basic expectations for PPS employee conduct, the procedures used to ensure that employees will be aware of these standards, and the consequences of failure to meet them are described in the Employee Code of Conduct, Policy and Procedure 1.C.11.1.

Employees of the PPS will comply with the following General Orders:

CITY1138


1. It is essential that each employee has a working knowledge of and complies with the Policies and Procedures which relate to or have a bearing upon his/her duties, responsibilities, and employment in the PPS. Each employee must have a working knowledge of the Pennsylvania State Constitution and its laws, U.S. Constitution and Federal Laws, Philadelphia Home Rule Charter, and Civil Service Regulations that a reasonable person would have. The employee also must have a working knowledge of the most recent version of the Inmate Handbook. It shall be incumbent upon the PPS to provide the above information or make known where an employee can review and/or obtain the above information.

2. Lack of knowledge of any policy, procedure, rule or law shall not excuse or mitigate the failure to comply with, or the breach or violation of any rule, or several of them, by an employee.

3. An employee shall be responsible for the efficient performance of his/her assigned duties. Employees will remain alert, aware of, and responsive to their surroundings while on duty in order to ensure the safety and security of the institution as well as the health, safety, or welfare of inmates, staff, or visitors.

4. A valid order is an order which is necessary, reasonable and which takes the employee's safety into account. Such an order given by a supervisor to a subordinate must be executed promptly and faithfully by the subordinate, even though he/she may question the wisdom of the order. (The subordinate may have the privilege of appealing the propriety of the order at a later date.)

5. All employees shall cooperate in maintaining the security and good order of the institution at all times.

6. Employees are responsible for maintaining professional deportment at all times towards inmates, the public, fellow employees, and supervisors. Employees will refrain from engaging in unprofessional or illegal behavior both on and off duty that could in any manner reflect negatively on the PPS.

7. Relationships between staff and inmate's visitors must be conducted in a professional manner and limited to PPS business.

8. All employees are required to adhere to their respective chain-of-command and are required to transact all PPS and PPS-related business through the appropriate channels.

9. Employees are not permitted to engage in any distracting amusement or occupation while on duty. Personal cellular phones and/or any other electronic devices are prohibited from all posts.


10. Employees are prohibited from visiting shops, yards, facilities, etc., while off duty, except by permission from proper authority.

11. An employee who fails to properly report for duty or fails to properly notify the institution of his/her absence shall be considered Absent Without Leave (AWOL) and shall be subject to loss of pay and disciplinary action.

12. Employees shall report for duty punctually at the time directed, and shall not leave their institution, post, or assignment before the completion of their tour of duty, except by permission from proper authority.

13. No employee shall leave his/her post or assignment for any reason without permission from proper authority.

14. Frequent, excessive, or patterned tardiness is not permitted and shall be a basis for disciplinary action.

15. Frequent, excessive, or patterned unexcused absence is not permitted and shall be a basis for disciplinary action.

16. All employees are subject to and responsible for knowledge of and compliance with Civil Service Regulations, the Uniform City-Wide Sick Leave Policy, the City of Philadelphia Social Media Use Policy, and PPS rules and regulations.

17. No employee shall bring into any facility any medication of any nature without first notifying his /her supervisor, and then, only enough medication for his/her tour of duty shall be permitted. In the event an employee is taking any medication that may contain any ingredient that causes sleep or sedation, or that tranquilizes or stimulates the employee, the employee is to inform his/her supervisor.

18. Should an employee on duty suffer an illness or injury of any kind, he or she immediately shall inform his or her supervisor, who shall insure that such employee is relieved from his or her duties and sent to a doctor or nurse, if available, for first aid treatment and for determination as to his or her fitness for duty. If no doctor or nurse is available, the supervisor shall take whatever other steps are appropriate. In all cases, a report of the employee's illness or injury shall be sent promptly to the Warden or division head and to the Safety Officer.


19. Unless the nature of his or her duties requires it, or it is otherwise permitted, no employee shall sit, recline, lie down, or lean against any object while on duty. It is forbidden to sleep on duty, in any position, under any circumstances. An employee found on duty asleep, or dozing, or with eyes closed, shall be subject to disciplinary action.

20. Employees whose duties involve the original entry, updating, or modification of information contained on the PPS computer systems are responsible for the timeliness, correctness, and integrity of such data. Employees also are responsible for updating the information on the PPS computer system that was obtained during a period when the automated system was unavailable and was not entered initially in the PPS computer system.

21. Confirmation of the use of alcohol or illegal drugs by an employee while on duty, misuse of prescribed drugs by any employee while on duty, or involvement with illegal drugs while off duty shall be cause for suspension without pay, pending a disciplinary hearing. (Involvement with Rehabilitation/Treatment program may affect disciplinary penalty)

22. Employees authorized access to the PPS computer resources are responsible for the physical security of the equipment and the protection of the data contained on the computer from unauthorized access, disclosure, or dissemination.

23. Under no circumstances shall one employee punch the time card of another employee. The same rules are applicable if a sign-in sheet is used instead of a time card.

24. Employees must check their personal weapons in the facility Armory or other officially designated locations immediately upon arrival at work. Under no circumstances shall any weapon or ammunition be brought into the institution or kept in employee's personal lockers or parked vehicles.

25. All employees of the PPS shall demonstrate their mutual respect for one another without bias, prejudice, or restriction. Any action by a member of the staff toward another staff person, or toward any non-staff person, which demonstrates or implies a negative reference to the race, ethnic origin, religion, sex, sexual orientation, national origin, ancestry, handicap or age of that person shall be viewed as a failure to comply with the General Orders of the PPS.

26. All employees of the PPS are required to comply with the standards set forth in the Prison Rape Elimination Act of 2003 (PREA). As such, no employee shall engage in or condone any form of sexual abuse, harassment, and/or sexual discrimination.

| | PHILADELPHIA PRISONS POLICIES & PROCEDURES | Policy Number 1.C.11.2 | Page 5 of 10 |
|---|---|---|---|
|  | | | |

| Part: I - Administration & Management | Subject: General Orders |
|---|---|
| Section: C - Personnel | Date: March 23, 2015 |

27. Each employee is required to have his/her current address and telephone number on file with the PPS Human Resources Office. Changes in address and/or telephone number must be reported within three days to the Human Resources Manager, the Shift Commander and the employee's immediate supervisor.

28. All uniformed employees and all others whose job classifications so require, must possess and maintain current, valid Pennsylvania Motor Vehicle Operator Licenses. If an employee's license has been revoked, suspended, expired, lost, misplaced, or invalidated for any reason, he/she must immediately report this, in writing, to his/her Warden and/or appropriate division head.

29. Every Correctional Officer is required to have a personal watch, pen and paper, medical exam gloves and CPR mouthpiece, flashlight, key chain, and pepper spray canister with pouch on his or her person at all times when on duty.

30. Department telephones, including cellular telephones, and other PPS communication devices are for business use. Except in an emergency, personal telephone calls are not permitted. When an emergency arises, an employee must obtain specific permission from his or her supervisor to make any calls. Employees scheduled to work beyond their regular tour of duty shall be permitted to notify their families by telephone.

31. Each employee of the PPS shall be provided with an official identification card. Employees must be in possession of the card while on duty and must produce it when necessary for identification.

32. In the event of escape, inmate disorder or any other major disruption, all employees are to consider themselves subject to 24 hours a day duty and are to be ready for assignment if called upon. All functions other than security are to be subordinated.

33. All employees of the PPS are expected to comply with Civil Service Regulation 33.02 and Policy and Procedure 1.C.21 (Outside Employment by PPS Employees), which outline the conditions and regulations of "outside work" by a City employee who also works for an employer other than the City, who engages in private or self-employment, or who renders service for private interests.

34. Any employee arrested or involved in police investigation for any reason other than routine traffic violation must immediately report the facts to the Shift Commander/appropriate Prison authorities, as per Policy and Procedure 1.C.26 Staff Arrest/Law Enforcement Investigation.

|  PHILADELPHIA PRISONS POLICIES & PROCEDURES | Policy Number 1.C.11.2 | Page 6 of 10 |
|---|---|---|
| **Part:** I - Administration & Management  **Section:** C - Personnel | **Subject:** General Orders  **Date:** March 23, 2015 | |

35. Knowingly and willfully making a false report or improperly removing or altering any departmental report, document or record shall constitute grounds for disciplinary action.

36. Employees shall be subject to disciplinary charges for failure to transmit to proper PPS authorities any information received on or off duty which could endanger the safety and security of the institution.

37. Any employee who fails to take proper action while on duty, fails to assert proper authority, or shows reluctance to carry out rules or orders shall be subject to disciplinary action.

38. All employees are required to cooperate in investigations conducted by the PPS or by other law enforcement officials.

39. A PPS employee shall not be employed in any position that places him/her under the direct or indirect supervision of, nor in a direct or indirect supervisory position over, any immediate family member, spouse or cohabitant, nor the immediate family member of his/her spouse or cohabitant. (Similar principles shall apply to the supervision of contract employees, and to the awarding, or advocating thereof, of contracts to related parties as specified above.) Immediate family consists of a spouse, parent or stepparent, child or stepchild, grandparent or step-grandparent, sibling or stepsibling, grandchild or step-grandchild. For the purposes of this policy only, cohabitants shall be considered part of the immediate family.

40. When supplies, keys, equipment, documents, or any other articles are passed from one employee to another, the employee last receiving them shall be responsible for them.

41. When an employee is relieved by another, he/she must deliver to him/her all keys and information required by the relieving employee in the performance of his/her duties during the tour. He/she shall provide his/her relief with a summary of any special orders he/she may have received. Before leaving the institution after completing his/her tour of duty, he/she shall turn in to authorities designated to receive them, all keys or other property of the City.

42. Upon arriving at his or her post at the beginning of a work or training period and before leaving his or her post at the conclusion of a work or training period, an employee shall examine benches, closets, corridors, and other parts of the premises for the purpose of detecting inmates hiding out and for removing fire hazards or contraband. Reports thereof shall be made in due form.


43. Employees shall not leave civilian or other clothing in any place where it may be acquired and worn by an inmate.

44. An employee's authority over a post ceases when the employee has been properly relieved at the end of his or her shift. An employee shall not remove from his or her post, or carry out of the facility any keys, records, equipment, orders or documents of any kind, nor any other article not belonging to him or her, unless permitted by the Warden. An employee shall not knowingly allow any other person to remove or carry out such articles for him or her.

45. Any employee who violates rules regarding contraband is subject to disciplinary action as well as prosecution for violation of the appropriate sections of the Pennsylvania Crime Code. (See Policy 3.A.18, Searches)

46. All employees are subject to having their persons, automobiles on prison property, lockers, desks, and work areas searched while on duty, if there is a proper reason to do so, and provided that the employee or union representative is present. Employees conducting such searches shall be above the rank of Correctional Officer and will be designated by the Warden or proper authority, as the situation requires. However, if a Correctional Officer is assigned to a post where searches are part of his/her routine duties, he/she will conduct such searches as are necessary for that post. Refusal of an employee to be searched shall constitute grounds for preferring charges against him/her.

48. When two employees marry or are romantically involved, both may retain their positions provided neither is under the direct supervision of the other and neither occupies a position of influence over the other's employment, promotion/demotion, salary, or other related circumstance. (Similar principles shall apply to the supervision of contract employees, and the awarding, or advocating thereof, of contracts to related parties as specified above)

49. All employees are prohibited from smoking or possessing tobacco or tobacco-related products in non-smoking areas in PPS facilities within the secured perimeter.

50. No employee shall have a financial interest, directly or indirectly, in any business wherein the City of Philadelphia or the PPS is a party; nor shall he/she receive, directly or indirectly, any fee, commission, gratuity or present from any person or corporation furnishing supplies to or doing business for or with the City or the PPS.

51. Employees shall not accept tips/gifts of any kind from visitors, sales representatives, or any other individual or corporation, for any official service unless expressly approved by the Commissioner.


52. No work shall be done in any shop or department of a facility or institution for any employee or other person; nor shall any property or material be delivered from any shop or department to any employee or other person for his/her personal use, except by written order of the Commissioner.

53. Neither within a facility nor elsewhere may an employee consume food or use other supplies purchased/produced for inmate or departmental use, except as he/she may be legally entitled to do so or is directed in writing to do so by the Commissioner.

54. PPS employees are responsible to maintain proper relationships with the public and the media. Authorization procedures for using or releasing information, records, or documents are described in Policy and Procedure 1.A.9, Media Relations.

55. Any manuscript written for publication by any person employed in the PPS, which in any way refers to the affairs of the PPS, the facilities, or inmates, shall, before its submission to a publisher or a publication, be authorized by the Commissioner.

56. No employee shall make statements to the news media, deliver a public address, or teach a class wherein there shall be any reference to the affairs of the department, a facility, or to individual inmates without first having obtained the permission of the Commissioner.

57. No employee shall be permitted to escort any persons not employed in the PPS to any of the facilities/departments without first being directed or having obtained the approval of the Warden of that facility or the Commissioner/designee.

58. Officer holding the rank of Lieutenant or higher, when in uniform and on duty, shall be tendered a military salute by uniformed subordinates. The salute shall be promptly acknowledged by the superior Officer. When not in uniform, ranking Officers shall not be tendered the military salute with the exception of the Commissioner, Deputy Commissioners, Wardens, Deputy Wardens, and the Board of Trustees members. (See Policy and Procedure 1.C.20, Uniform Dress)

59. All employees are required to adhere to departmental uniform and non-uniform requirements as described in PPS Policies and Procedures.

60. Employees shall maintain a quiet, but firm demeanor in their contacts with inmates not permitting any undue familiarity on the part of the inmates and refraining from it themselves.


61. Employees shall not engage in conversation with inmates or former inmates concerning matters which should only be discussed with other employees or officials.

62. Employees shall not visit, associate, or correspond with inmates or former inmates, except as part of their job related responsibilities, without the specific authorization, in writing, by the Warden/Commissioner, nor shall they receive gifts from inmates or former inmates, their families, or their friends. Any attempt on the part of inmates or former inmates, their friends or the families or friends of inmates presently incarcerated, to visit, write or otherwise communicate with or send gifts to an employee shall be immediately reported in writing by such employee to the Warden/Commissioner.

63. Upon learning of the incarceration of a relative/friend with whom the employee may be or have been involved in a personal relationship, employees are immediately required to give written notification to the Warden of their assigned facility. The same notification process will apply if the inmate is transferred or discharged from custody or when children are involved that require ongoing communications.

64. No employee shall convey to or from an inmate any written or oral message, except such as is necessary in the transaction of the business of the institution or as permitted/directed by the Warden.

65. Except by permission of the Warden or other proper authority, no employee shall purchase anything from an inmate. No employee shall accept a gift of any nature whatsoever from an inmate; nor, without such permission, shall any employee give anything to an inmate, or extend to any inmate any favors of diet, clothing, or of any other nature, not common to all. Trading between employees and inmates is prohibited. (See immediate family listed under General Order No. 39)

66. No services shall be rendered by an inmate for an employee unless such services are authorized by correctional programs/industries and are available to all employees.

67. It shall be the duty of any employee supervising inmates to look after the inmates' welfare and ensure that inmates obtain proper and sufficient food, clothing, and medical attention.

68. Whenever the conduct of an inmate is disorderly or not in conformance with the rules of the institution relating to the conduct of inmates, it shall be the duty of any employee, upon ascertaining the facts, to take appropriate remedial action consistent with Policy and Procedure 3.C.1, Inmate Discipline.

69. No employee shall use or condone excessive or unnecessary use of force.


70. No employee will use his/her official position to gain any personal advantage, or advantage for another in any improper or unauthorized manner, or engage in conduct that constitutes, or gives rise to the appearance of, a conflict of interest.

71. The Sergeant will announce Roll Call for Correctional Officers ten (10) minutes before the start of the shift. All correctional staff up to the rank of Lieutenant, unless otherwise excused, will assemble in the designated area and be prepared to report directly to their post assignment upon the completion of Roll Call.

72. Disruptive behavior at Roll Call from correctional staff will not be tolerated and is subject to disciplinary action.

The Disciplinary Board should associate all non-General Order violations with the General Order that most appropriately addresses the offense. For example, a violation of the Employee Code of Conduct should be matched with the General Order that represents the essence of the code violation for the purpose of imposing disciplinary sanctions.