IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KEVIN SIZER,**<br>    **Plaintiff,**<br><br>    v.<br><br>**CITY OF PHILADELPHIA**<br>**(DEPARTMENT OF PRISONS),**<br><br>    **Defendants.** | **CIVIL ACTION**<br><br><br><br>**NO. 21-3051** |

### ORDER

**AND NOW**, this 20th day of October, 2021, upon consideration of the Defendant's Motion to Dismiss (ECF No. 3) and Plaintiff's Response thereto (ECF No. 6), **IT IS HEREBY ORDERED** that:

1. The Motion is **DENIED** as to Count I.

2. The Motion is **GRANTED** as to Count II insofar as it seeks monetary relief, but **DENIED** to the extent it seeks equitable relief.

3. The Motion is **GRANTED** as to Count III**,** and Count III of the Complaint is **DISMISSED WITHOUT PREJUDICE,** with leave to amend.

                             **BY THE COURT:**

                             /s/Wendy Beetlestone, J.

                             **WENDY BEETLESTONE, J.**